**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dr. Mathias Passlack, )<br>  )<br>           Plaintiff, )<br>  )<br>    vs. )<br>  )<br>Robert J. Okin, et al., )<br>  )<br>           Defendants. )<br>_____) | No. CV-06-1711-PHX-PGR<br><br><u>ORDER OF REMAND</u> |

   IT IS ORDERED that the parties' Stipulated Motion for Remand (doc. #8) is granted and that this action is remanded to the United States Citizenship and Immigration Services (CIS) for the purpose of making a decision on the plaintiff's application for naturalization, which decision shall be made no later than November 3, 2006.

   IT IS FURTHER ORDERED that this action shall be reinstated upon the parties' motion if the CIS fails to timely decide the plaintiff's application.

   DATED this 19th day of September, 2006.

_____
Paul G. Rosenblatt
United States District Judge